# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CHRISTIAN DE JESUS MONTES,<br><br>　　　　　　Defendant. | Case No.: 21-CR-01218-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

　　The United States' Motion to Dismiss the Information (ECF No. 26) is hereby GRANTED.  The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: May 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge